| | AUSA: Nhan Ho | Telephone: (313) 226-9100 |
|---|---|---|
| | Special Agent: Lonnie Reynolds, HSI | Telephone: (313) 226-6400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America

v.

Antonio CADDELL

Case: **2:25−mj−30730**
Assigned To : **Unassigned**
Assign. Date : **12/1/2025**
Description: **SEALED MATTER (MC)**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 18, 2024_____ in the county of __Macomb and elsewhere__ in the ____Eastern____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 846 | Attempt and Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lonnie Reynolds, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____December 1, 2025____

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

Case: **2:25−mj−30730**
Assigned To : **Unassigned**
Assign. Date : **12/1/2025**
Description: **SEALED MATTER (MC)**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lonnie Reynolds, being duly sworn, hereby depose and state as follows:

### *Introduction and Agent Background*

1.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) in Detroit, Michigan assigned to Homeland Security Task Force (HSTF) South. I have been employed as a Special Agent since September of 2023.  My formal education includes a Bachelor of Science Degree in Criminal Justice from Eastern Michigan University. Prior to becoming a Special Agent with HSI, I was employed as a Criminal Analyst with HSI in Detroit, Michigan for 4 years. I have received specialized training about illegal drug trafficking and money laundering at the Federal Law Enforcement Training Center located in Brunswick, Georgia. I have led and participated in numerous investigations related to illegal drug trafficking as well as methods used to finance drug transactions and launder drug proceeds.

2.      I have participated in numerous investigations involving the violation of controlled substance laws involving the seizure of methamphetamine, cocaine, fentanyl, and other illegal controlled substances, which have led to the arrest of numerous individuals.  I currently work in conjunction with other federal, state, and local law enforcement agencies investigating, in part, illegal drug trafficking of controlled substances throughout the United States and abroad.  As part of these

investigations, I have assisted with visual and video surveillance, questioning of witnesses, controlled operations, and use of search and arrest warrants.

3.      I make this affidavit in support of a criminal complaint charging Antonio CADDELL in violation of 21 U.S.C. §§ 841(a)(1) and 846 (Attempt and Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance).

4.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

### *Probable Cause*

5.      On July 17, 2024, HSI intercepted a United Parcel Service (UPS) shipment addressed to "S.S.," at XXXXX Monsbrook Dr, Sterling Heights, MI 48312 (the Drug Parcel). The Drug Parcel contained a vacuum-sealed bundle of approximately 11.3 kilograms of substance tested positive for methamphetamine.

2

6.     On July 18, 2024, law enforcement conducted a controlled delivery, leaving the Drug Parcel on the porch of the Monsbrook address. At approximately 4:15 P.M., CADDELL, Adult 1, and another adult arrived at and entered the location.  At approximately 5:00 P.M., Adult 1 retrieved the Drug Parcel from the porch of the Monsbrook address and carried it to a vehicle later identified as an Uber ordered from one of CADDELL's phones, under a fake name "Tabius Harris," with a destination in Detroit.

7.     Officers then executed the anticipatory search warrant. As they moved to detain the occupants, CADDELL ran out the sliding glass door on the east side of the residence and attempted to flee, but officers quickly apprehended him. A search of CADDELL recovered two clear baggies containing suspected Xanax (two white "G3722" bars), suspected Hydroxyzine Hydrochloride/antihistamine (one orange "E159" pill), and a suspected Bayer aspirin tablet, along with approximately $5,600 and three cell phones.

8.     In a post-Miranda interview, CADDELL stated that he was picked up from Detroit, MI and he had been a resident of the Monsbrook Address a "few" months prior.

9.     Analysis of CADDELL's phones, along with additional law-enforcement inquiries, indicates that CADDELL was involved in the shipment and

3

contents of the Drug Parcel, maintained connections to "S.S." and the Monsbrook address, and participated in broader narcotics-trafficking activities.

10. One of CADDELL's phones (ending -3569) contains a photo that appears to be a screenshot of the UPS tracking of the Drug Parcel, shipped from UPS facility from Van Nuys, California on July 16, 2024.

11. The involvement of CADDELL's family members, including Adult 2 and Adult 3, with the Monsbrook address (as described below), and their communications with CADDELL reflected on his phones, further indicates that CADDELL maintained an active interest or role in managing and using of the residence:

a. Records obtained by law enforcement show that, from April 2023 through August 2024, Adult 2 and another relative of CADDELL made multiple rental payments for the Monsbrook address using Zelle. Utility records show that Adult 2 was the DTE Energy account holder for electric and interruptible heating/cooling service at the property from December 12, 2022, to July 14, 2024. On July 17 and 18, 2024, Adult 2 messaged CADDELL's -3569 phone regarding payment of the DTE energy bill for the Monsbrook address.

b. Adult 3 is listed as the tenant on the rental agreement for the Monsbrook address. Adult 3's phone number appears in a "family" group

4

chat that includes one of CADDELL's phone (ending -8351). CADDELL's -8351 phone also contains a screenshot from Adult 3 showing a message she had with another contact saved as "Cheez Landlords" about the backyard not being cleaned. "Cheez Landlords" appears to refer to CADDELL's landlords (one of CADDELL's known nicknames being "Cheez"), and Adult 3 was ostensibly forwarding to CADDELL the communication she had with the landlords regarding the backyard. On another device associated with CADDELL (ending -3569), Adult 3 is saved as a contact and sent CADDELL a photo of a Sterling Heights compliance inspection letter.

12. Phone analysis further shows that CADDELL has an associate whose legal name is "S.S."—with a spelling nearly identical to the Drug Parcel's addressee—and that CADDELL exercised a degree of financial access or influence over her:

a. CADDELL's -3569 phone contains communications with a number (ending -3630) saved as "S." Law enforcement database confirm that this number belongs to S.S.

b. CADDELL's -8351 number also includes a conversation with the -3630 number, in which S.S. asked for her card number and CADDELL sent a photo of a Bridge card bearing S.S.'s name — indicating his access to, and control over, her financial accounts.

5

13.   Phone analysis additionally shows CADDELL's organizing and leadership role in ongoing multi-location drug trafficking operation:

a.   One of CADDELL's phones (ending -3569) contains a WhatsApp conversation in which CADDELL sent the name "S.S." (spelled nearly identical to the Drug Parcel addressee) and Monsbrook address to another contact. The conversation appeared to concern narcotics trafficking—referencing coded terms for a supplier and cocaine, discussing sampling drugs, and noting that a stash house had been searched by law enforcement. During the same exchange, the contact also sent CADDELL what appears to be a photograph of narcotics.

b.   CADDELL's phones contain numerous messages referencing and directing associates to a residence on French Road. In February 2025, law enforcement executed a federal search warrant at that address and recovered approximately 1.7 kilograms of suspected fentanyl, 1.8 kilograms of suspected methamphetamine, $1,200 in cash, substantial drug-processing paraphernalia, and multiple firearms (while some was registered to a known associate of CADDELL who was present and the named owner of the residence, two had been reported stolen). Agents also recovered a receipt for $1,400 in goods addressed to "Chedda (Rapper)." Law enforcement knows that "Chedda" is a nickname used by CADDELL, who holds himself out as

6

a rapper. Latent fingerprint analysis further identified CADDELL's fingerprint on a blender containing fentanyl residue found inside the French Road residence.

c. CADDELL's phones also contain additional communications using coded terminology consistent with narcotics trafficking, including with the associate found at the French Road residence, during which they repeatedly used a term commonly employed by traffickers to refer to methamphetamine.

### *Conclusion*

14. Probable cause exists that on or about July 18, 2024, in the Eastern District of Michigan, Antonio CADDELL attempted and conspired with others, to distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Respectfully submitted,

Lonnie Reynolds
HSI Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated: ___December 1, 2025___

7